FILED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

13 AUG -1 PM 3:37

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

Deborah Revay Nelson-Seamster )
         PLAINTIFF )

*[Type or print your name on the line above]* )

Madgards Apartments And Edge Water Systems )
  v. )
——————————————, )
        DEFENDANT )

*[Type or print only the name of the first person you are suing. List everyone you are suing on page 2.]* )

Cause No. **2 13 C V 265**

*[Leave this blank, the clerk will supply the cause number when your case is received.]*

## COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. PLAINTIFF *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. Deborah    Revay    Nelson-Seamster
   Name: First    Middle    Last

2. What is your address: 1510 North Glenwood Ave Apt 2C
Griffith, In. 46319

Phone number (219) 595-0109

B. DEFENDANT(S) How many defendants are you suing: 2

*[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, number them.]*

(Revised May 2, 2006)

| # | Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|---|

1. MANSARDS Apartments
Attorney Carol Jackson
Law Offices of Karl E Hand, PC
3235 - 45th Street
Highland, Indiana 46322

2) Edgewater Systems (Danita Hughes) - Resident
1100 West Sixth Avenue
Gary, IN - 46402

## II. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation.

**Number your paragraphs.**

1. Civil Rights violation under # 446 Americans/w Disabilities, with Both MANSARDS Apartments And Edge water Systems. Enter under covenet with Both parties to pay 100.40 cents per month for Rent And Expenses for Utilities.

2) Edgewater responsinble for desposit and other portions of Rent. MANSARD were to contact Edgewater about Rent being that I am A Disabled Veteran.

3) Mansard Charged over Rent fees and took # 100.00 of my money. Edgewater drop or removed me from Program paying Rent. I will be Homeless/Disabled.

4) Eviction in Process/

2

Cause(s) of Action with Supporting Facts (continued)

5) MANSARDS Refused to Accomadate for Disabilities in Apartment or maintance. after Wetten request

## III. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint?
☐ NO ☒ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: United States District Court (ILLinois)

Judge: Bucklo       Docket Number: 13CV5390

Date filed: July 29, 2013   Date closed: Open

## IV. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

Order that Edgewater be Held Responsible for me as their Client And Reinstate Programs. Order that Eviction Process be Stopped.

3

## V. VERIFICATION AND SIGNATURE

### Initial Each Statement and Sign at the Bottom

_DNS_ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

_DNS_ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

_DNS_ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

_DNS_ I have included full payment of the filing fee **OR** attached a properly completed petition to proceed *in forma pauperis* (available from the clerk).

_DNS_ I agree to promptly notify the clerk of any change of address.

_DNS_ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_DNS_ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this __1st__ day of __August__, 20__13__.

__Deborah Nelson-Sempter__
Your Signature

Mail all of these papers to the appropriate Clerk's office - see next page for addresses.

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS:** Deborah Renay Nelson-Seamster

**DEFENDANTS:** President Obama, The White House Administration

**(b) County of Residence of First Listed Plaintiff:** Lake County IN
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant:** Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number):** One to Be Appointed

**Attorneys (If Known):**

RECEIVED JUL 29 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

13cv5390
Judge Bucklo
Mag. Judge Finnegan

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [X] 2 U.S. Government Defendant
- [ ] 3 Federal Question
- [ ] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
- Citizen of This State: PTF [ ] 1, DEF [X] 1 — Incorporated or Principal Place of Business In This State: PTF [ ], DEF [ ] 4
- Citizen of Another State: PTF [X] 2, DEF [ ] 2 — Incorporated and Principal Place of Business In Another State: PTF [ ], DEF [ ] 5
- Citizen or Subject of a Foreign Country: PTF [ ] 3, DEF [ ] 3 — Foreign Nation: PTF [ ], DEF [ ] 6

## IV. NATURE OF SUIT

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (excl. vet.)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Inj.

**TORTS — PERSONAL INJURY**
- [ ] 362 Personal Injury — Med. Malpractice
- [ ] 365 Personal Injury — Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 ADA—Employment
- [ ] 446 ADA — Other
- [X] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
- Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Security/Commodity/Exch.
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions

## V. ORIGIN
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
1st Amendment. My right to ask for assistance or file a complaint without fear of punishment was violated, after calls, emails, letters of my situation.

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ ___
JURY DEMAND: [X] Yes [ ] No

## IX. This case
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number ___, previously dismissed by Judge ___

**DATE:** 7-29-13
**SIGNATURE OF ATTORNEY OF RECORD:** Deborah Renay Nelson-Seamster

STATE OF INDIANA          )                          IN THE HAMMOND CITY COURT
                          ) SS:
COUNTY OF LAKE            )                          SITTING AT HAMMOND, INDIANA

MANSARDS APARTMENTS, LP,
    Plaintiff,

-vs-                                                 CAUSE NO. 45H04-1207-PL-
Deborah Seamster,
AND ALL OCCUPANTS
1510 N. Glenwood Avenue
Bldg. 40, Apt. 2C
Griffith, IN 46319
    Defendant

## ORDER FOR SHOW CAUSE HEARING

**TO: BAILIFF**

You are commanded to serve upon the above-named Defendant(s) a copy of this Order notifying the above-named Defendant(s) that Plaintiff has filed a Verified Complaint and Affidavit for Immediate Possession of the following-described real estate, to wit:

**1510 N. Glenwood Avenue, Bldg. 40, Apt. 2C, Griffith, Indiana 46319**

Provided, however, that you shall forthwith serve a copy of this Order on the Defendant(s) along with Summons and Complaint, if they can be found, or if they cannot be found, by leaving it at the Defendant's usual abode or either with some person of suitable age and discretion, or if the Defendant(s) has no known usual place of abode, by mailing it to the Defendant's last known address.

Preliminary hearing on the Plaintiff's Affidavit for Immediate Possession is hereby set for **August 7, 2013, at 11:00 a.m.** at the Court House, **5925 Calumet Avenue, Hammond, Indiana 46320,** and the Defendant(s), at such time and place, may testify or file an Affidavit on their behalf with the Court; may file with the Court a written undertaking to stay the delivery of the property in accordance with the provisions of the 1973 "Ejectment Act"; and if Defendant(s) fail to appear, Plaintiff may be granted a Judgment of Possession.

_____
JUDGE/REFEREE, HAMMOND CITY COURT

DATED: JUL 11 2013
A TRUE COPY
CLERK
BY: _____
DEPUTY

This is an attempt to collect a debt and all information will be used for that purpose.

SOCIAL SECURITY ADMINISTRATION

Date: January 17, 2013
Claim Number: ~~3XX-XX-XXXXA~~
~~3XX-XX-XXXXDI~~

DEBORAH R SEAMSTER
APT 206
5704 CYPRESS AVE
GARY IN 46403-1974

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Supplemental Security Income Payments

   Beginning January 2013, the current
   Supplemental Security Income payment is...............$ 710.00

   This payment amount may change from month to month if income or living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Date of Birth Information

   The date of birth shown on our records is March 18, 1967.

Other Important Information

   IN THE FUTURE, PLEASE VISIT WWW.SOCIALSECURITY.GOV/MYSTATEMENT TO OBTAIN INSTANT ACCESS TO YOUR BENEFIT VERIFICATION LETTER.