UNITED STATES DISTRICT
FOR EASTERN DISTRICT
OF INDIANA

DEBORAH NELSON-
SEAMSTER
    Plaintiff

CASE NO. 213CV265

VS.

MANSARDS APARTMENTS
EDGEWATER SYSTEMS

## COMPLAINT FOR EMERGENCY INJUNCTIVE RELIEF

1) Plaintiff is now and at all times mentioned in this complaint has been living and entered into contract with MANSARDS Apartments and Edgewater Systems to live at 1510 North Glenwood Ave, Apt 2C, Griffith, Indiana 46319

2) Plaintiff has filed a Complaint of Civil Rights Voliation under the American Disabilites Act on August 1, 2013

3) Defendants MANSARD Apartments Has filed an eviction for said property Listed in Compliant of American Disabilities Act.

4) As a result of Defendants Actions Plaintiff will sustain Great and Irreparable Injury of Emotional Distress and Releaspe of Post Traumatic Stress Disorder as well as Financial Loss/Homeless

WHEREFORE, plaintiff demands:

A) AN Emergency Injunction/ Stay of Eviction until Court Has made A Ruling in said case filed August 1, 2013.

August 7, 2013
Pro SE: Deborah Nelson-Semster
1510 N. Glenwood Apt 2C
Griffith, In. 46319