# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | | |
|---|---|---|
| DEBORAH RENAY NELSON-SEAMSTER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:13CV265 |
| MANSARDS APARTMENTS | ) | |
| (Terminated 2/11/2015) | ) | |
| EDGEWATER SYSTEMS | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other:  summary judgment is entered in favor of Defendant Edgewater Systems and AGAINST plaintiff Deborah Renay Nelson-Seamster .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge   Jon E. DeGuilio   on a motion for   summary judgment .

Date:   June 1, 2015

*CLERK OF COURT*

s/T. Castillo

*Signature of Clerk or Deputy Clerk*